IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 11- 42 |
| | ) | (UNDER SEAL) |
| CHRISTOPHER J. TIGANI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL CRIMINAL INFORMATION AND FILE

The United States of America, by and through its attorneys, David C. Weiss, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves that the Criminal Information and file in this case be sealed until further order of the Court.

DAVID C. WEISS
Attorney for the United States Acting
Under Authority Conferred By
28 U.S.C. § 515

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: April 18, 2011

**AND NOW**, to wit, this 3rd day of May, 2011, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Information and File in the above-captioned case be sealed until further order of the Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge