IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 11-42-GMS |
| ) | (UNDER SEAL) |
| CHRISTOPHER J. TIGANI, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL CRIMINAL INFORMATION AND FILE**

The United States of America, by and through its attorneys, David C. Weiss, Attorney for the United States, Acting Under Authority Conferred By 28 U.S.C. § 515, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves that the Criminal Information and file in this case be unsealed.

DAVID C. WEISS
Attorney for the United States
Acting Under Authority Conferred By 28
U.S.C. § 515

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: June 8, 2011