UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:11-CR-0042-001GMS |
| | : | |
| CHRISTOPHER J. TIGANI | : | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF PAGE LIMIT

Defendant, Christopher Tigani, hereby respectfully moves for leave to file his Sentencing Memorandum in excess of the page limit set forth in Local Civil Rule § 7.1.3(a)(4).

Counsel has endeavored to present Mr. Tigani's claims and arguments concisely. However, due to the complex and multiple issues involved in his sentencing, he respectfully requests permission to file his Sentencing Memorandum in excess of the page limit. The Government has indicated that it does not oppose this motion.

Dated: February 21, 2012                                Respectfully submitted,

*/s/ Virginia A. Gibson*

_____
Virginia A. Gibson (Del. Bar No. 3699)
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA  19103
(267) 675-4600
Virginia.Gibson@hoganlovells.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:11-CR-0042-001GMS |
| | : | |
| CHRISTOPHER J. TIGANI | : | |

**<u>DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF THE PAGE LIMIT</u>**

**ORDER**

This ____ day of February, 2012, upon consideration of Defendant's Motion for Leave to File Sentencing Memorandum in Excess of Page Limit, it is hereby ORDERED that the Motion is GRANTED.

_____
Gregory M. Sleet,
Chief, United States District Judge