## APPENDIX

Exhibit 1: Letter from Candace Tigani, former wife
Exhibit 2: Letter from Robert Scott Bernard, step-brother
Exhibit 3: Letter from Robert Bernard, step-father
Exhibit 4: Letter from Bridin Reynolds, friend
Exhibit 5: Letter from Dr. Howard Borin, pediatrician
Exhibit 6: Letter from Kevin & Linda Odle, friends
Exhibit 7: Letter from Spencer Dunkley, owner of Dunkley Discount Movers who Mr. Tigani hired
Exhibit 8: Letter from Helen Riley, Executive Director of St. Michael's School for Boys
Exhibit 9: Letter from Daniel Larnick, friend
Exhibit 10: Letter from Jill Abbott, friend
Exhibit 11: Letter from Brian DiSabatino, Chairman of St. Francis Hospital Foundation
Exhibit 12: Letter from Frederick Dill, friend and fellow YMCA sports coach
Exhibit 13: Letter from Lara Munch, friend and mother of team member Mr. Tigani coached
Exhibit 14: Email from Mr. Tigani to parents of YMCA flag football team members, demonstrating his handling of the coaching situation Ms. Munch discusses
Exhibit 15: Letter from Kristin Hodgson, friend and mother of team member Mr. Tigani coached
Exhibit 16: Letter from Robert Morgan, friend and father of wrestling team member Mr. Tigani supported
Exhibit 17: Letter from Michelle Gillen, friend and recipient of classroom help from Mr. Tigani
Exhibit 18: Letter from Stephanie Downes, associate through Mr. Tigani's Dallas Cowboys ticket donations
Exhibit 19: Letter from John Harris, friend and attorney
Exhibit 20: Letter from Arnie Dunn, friend
Exhibit 21: Letter from Amy Colbourn, friend
Exhibit 22: Letter from Lawrence Gillen, friend and recipient of business help
Exhibit 23: Letter from Corey Gordon, friend and recipient of business help
Exhibit 24: Letter from Gene Paulino, friend and recipient of business help
Exhibit 25: Letter from Andrew Eckman, friend and recipient of business help
Exhibit 26: Letter from Paul DiConsiglio, friend and employee
Exhibit 27: Letter from Kent Methven, friend and employee
Exhibit 28: Letter from Robert Tigani, father of Mr. Tigani
Exhibit 29: Letter from Anthony Clark, friend and former attorney for Mr. Tigani's former attorney