# EXHIBIT 1

January 19, 2012

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court of Delaware
844 North King Street
Wilmington, DE 19801

Dear Judge Sleet,

My name is Candice Centrella Tigani and I am writing on behalf of my ex-husband, Christopher J Tigani, Sr.  Chris and I met in 1993 and were married in 1995.  We have two young children and their names are Christopher Tigani, Jr., age 10 and John Louis Tigani, age 8.  We divorced in 2006 and have remained in a mostly amicable relationship for the children's sakes since that time.

In the time I have known Chris, he and I have had our differences and share of difficulties.  He has made poor decisions and he has paid a dear price for them.  Fundamentally, I do believe that Chris is a good person and father to our children.  I can tell you that he has been a much better person and father                over the course of the past two years.

Chris and I now work together in his new business.  With the housing market still struggling, I needed some additional work to supplement my home staging career.  Chris had a need for a person to handle invoices, AR, AP, payroll, inventory, purchase orders, etc.  So I agreed to help manage and support World Class Wholesale, as the success of the business will help to provide for my children and myself.

At World Class Wholesale, I have seen first hand how the Chris' day to day involvement has helped to grow the business over a very short period of time.  Chris is the leader of this company and he has a great rapport with his employees, customers, and suppliers.  We are all working very hard on a daily basis to build WCW and Chris plays a very significant role in this.  He is the one responsible for obtaining new brands from suppliers all over the country, as well as some internationally.  Chris is the one who negotiates with suppliers and establishes pricing for all products so that the company can be profitable.  He is also responsible for bringing on new customers (both on and off premise), and marketing of all products.  If Chris is not able to work, I believe that the business will suffer tremendously and probably fail altogether.

Chris' ability to work helps to sustain his life, as well as, ours.  If Chris is incarcerated, it will be doubly hard on me, because Chris is currently making regular child support payments which I would lose.  If I have the children full time and lose my job at WCW, it would be very difficult for me to find a position that has the flexibility to care for my children that I currently have.  I am now able to pick up my children at 3 o'clock and help them with their daily homework.  I am also able to take our youngest son to a separate elementary school every Wednesday at 2:30 for speech therapy.  John Louis has been

diagnosed with ADHD and struggles with school and homework and requires as much support and guidance as possible. Along with the recommendations and medication provided by Dr. Azarcon, Tatnall provides private tutoring for John Louis twice a week after school, as well as different methods and strategies for teaching and learning, all of which have been very successful. His confidence and comprehension have increased dramatically over the past few months as a result of this extra help and encouragement. I am extremely worried that if Chris is unemployed, we will be unable to pay for the extra support that John needs.

I also worry that if I am no longer receiving child support, that I will not be able to keep up with the bills in the home where the boys and I have lived for seven years. So the idea of the boys potentially losing their father, their supportive school environment, and the roof over their heads, is extremely overwhelming to me. The impact of these consequences will be very severe on our young children.

On a more personal note, Chris adores the boys and they feel the same about him. They have always handled moving back and forth from my home to his without much incident because we both provide a loving and supportive environment for them in both homes. Though I have primary residence, Chris has the children approximately ten overnights (including week days) a month and we share holidays and summers. Chris is an involved parent in their school, upbringing, and social activities. He is at almost every doctor's appointment, parent/teacher conference, concerts, and other school functions. He has also coached their sports teams for years and is very good with all of the kids on the team. I know that if their father is taken away (especially during their most formative years), they will suffer tremendously.

Please, Your Honor, consider some punishment that does not take Chris away from our children or his career. He would certainly excel at community service or being able to work with children. Thank you for your consideration and please contact me if any additional information is needed at 302.540.0521.

Sincerely,

Candice Centrella Tigani

# EXHIBIT 2

October 8, 2011

The Honorable Gregory M. Sleet, Chief Judge
US District Court, District of Delaware
844 North King street
Wilmington, De. 19801-3570

Re: Christopher J. Tigani

Dear Sir:

I am Christopher's step-brother but we consider
each other as brothers because we are that
close. My mother Linda was married to Christopher's
father Robert F. Tigani for over 20 years.
Christopher and I grew up together in the same
house as children up to the time we both went
to College. Basically, I have known him all
of my 40 years on this earth.

Even as a little kid I can remember
Chris being a loving, caring, considerate,
honest, respectful, generous person that would
do anything for anyone. As a teenager
Chris was very involved in school activities
(student council, clubs, athletics and even
in business). Christopher was and is highly
intelligent and ambitious. He started and
ran his own business (Delaware Candies) at
age 16 or 17 and sold it at a profit. Chris was
very popular and outgoing in high school,
    got very good grades and never was in
trouble. Teachers and students loved him alike.

(Continued)

He enrolled at Guilford College in North Carolina where we would visit each other at our respective schools (I attended High Point University) only a short drive away. I like to describe Chris as a "natural born leader". Case in point: Guilford had no fraternities so he started his <u>own</u>, one that still operates to this day. Chris was highly involved in positive activities, clubs, groups and leadership committees at Guilford. Chris went on to work for his father at NKS Distributors where he Excelled tremendously, Christopher's leadership there was unparalleled and he was very well respected. Chris was respectful and friendly to everyone from the VP down to the guy who swept the warehouse. I know this because I saw it with my own eyes as an employee of NKS from 1999 to the present. I can honestly say that employees of NKS still respect Chris and many wish he still was running the company. These people tell me so but cannot speak freely for obvious reasons.

As Chris's brother and uncle to his 2 children Christopher Jr. and John Louis, I see his great love and nurturing he gives to them. Your honor, Christopher loves these 2 children so much it's unbelievable. I feel very strongly that incarcerating Christopher would be detrimental to these children. They need their father, need him to be there for them at

their young age to continue to guide them and show them right from wrong. Christopher is a wonderful father to those boys and taking him away from them would be a horrible thing. Christopher has made some mistakes as many of us have but he has learned greatly from these mistakes. I strongly believe Chris has already paid a huge price for his mistakes and incarceration would not only be detrimental to the children but over-kill in this situation. For all that being said your honor, I ask you to show leniency in this case. I strongly believe Chris is a man of high character and will never make these mistakes again.

If you need to contact me for any reason, please feel free to do so at (302) 545-0267

Thank you Sir for your consideration,

Robert Scott Bernard
Robert Scott Bernard
1301 N. Harrison St.
Unit 706
Wilmington, De. 19806

# EXHIBIT 3

September 23,2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801-3570

                              RE:  Christopher Tigani

Dear Sir:

I was married to Chris Tigani's mother for nearly 13 years.  During that time Chris was a resident member
of my family and I had the opportunity to observe his behavior and character on a daily basis.  In all, I have
known Chris since he was about 7 years old and have maintained contact with him even after the marriage
with his Mother had failed.

In brief, Chris is and has always been a person of excellent character.  He got along well with everyone he
met and is a natural leader, probably because he always considered the consequences to others when making
decisions.  He earned excellent grades in school and was constantly active with little league sports, various
school and civic activities.  As a student at Guilford College in North Carolina (A Quaker educational
institution) he was instrumental in the formation of the first fraternity permitted by the college; in order to
perform community service projects and better the institution in general.

Your Honor, I truly believe that Chris is not prone to commit another crime and any possible incarceration
of Chris Tigani would not benefit either he or society, in my opinion.  As a result, I would beg the Court to
show leniency in his case.   The reason I feel this way is based on first-hand observations of Chris since he
was in elementary school and throughout his life, for that matter.   I love Chris to this day, but that not
withstanding, my most objective thoughts lead me to this conclusion.  With all due respect Sir; professional
counseling and/or community service may be a better alternative in his case.

Out of courtesy to you, I am being intentionally brief here however I would be glad to expand on these
thoughts at anytime if you would be so interested.  I can best be reached at (928) 853-8226.

Thank you for your consideration,

Very Truly Yours,

Robert Bernard
2134 Roy Rogers Way
P O Box 6489
Kingman, AZ 86402

# EXHIBIT 4

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE. 19801-3570


Bridin Clare Reynolds
2530 West 18th Street
Wilmington, DE 19806


Dear Judge Sleet,

      For nearly three decades I have had the distinct honor to count Christopher Tigani among my dearest friends. I met Chris at Alexis I. du Pont High School as a freshman entering from a small Catholic school. He immediately made me more comfortable in this larger, bustling environment. We shared many common traits including dedication to hard work and leadership. We served together on Student Council each of our four years, and ultimately as Senior Class President and Vice President and as Senior Board officers. There were few people it was more difficult to part with at graduation than Chris as we headed to university.

      Through the years we have remained close friends, and while I hope I have been an encouragement to Chris in ways, I know his support in my life is irreplaceable. Two extremely pertinent examples are worthy of your Honor's attention.

First, when I decided to open a small business Chris was essential in my understanding and execution of the business and marketing plan. He did so with no compensation but was definitively as excited to have me succeed as my own family. The second instance is certainly much more melancholy yet truly a defining pivot in my life.

      Several years ago, just after the birth of my twin boys, I realized I could no longer survive in a very volatile marriage. Again with no expectations, Christopher encouraged me to leave my abusive husband and reminded me of my own strengths. He assisted me with a personal loan to be able to relocate. I can say without hesitation he saved our lives.

      Certainly the latter came not just from our enduring friendship but Chris's own understanding of parenthood. He knew my boys deserved better because he is so completely dedicated to his own boys. I cannot impress upon you enough just how wonderful Chris is as a father. It is simply exquisite to observe the mutual bond. They are quite literally a team as you will note from Chris's leadership as their coach at the Central YMCA both soccer and flag football. His genuine smile and skillful leadership impact each and every child and their families.

The YMCA is just one of the examples of his community outreach. I had the pleasure of working with Chris on the Delaware Theatre Company fund raising board and witnessed his commitment to many charities. He brings an unparalleled enthusiasm to every task.

I would ask your Honor to consider probation and the inclusion of charitable and community work as sentencing concludes. I come from a family with multiple law enforcement officers, attorneys and a judge. Our shared and long considered opinion is that reoffending is not only extremely unlikely but assured. Christopher has faced his faults. Christopher has embraced his talents as an honest businessman, stellar citizen and above all as a father. I am confident he would never jeopardize that standing in the future.

Sincerely,

Bridin Reynolds

302-482-2800

# EXHIBIT 5

From: Borin, Howard Z. [mailto:hborin@NEMOURS.ORG]
Sent: Wednesday, January 11, 2012 10:07 AM
To: Borin, Howard Z.
Subject: Christopher Tigani, Character Reference.

The Honorable Gregory M. Sleet
US District Court of Delaware
844 North King Street
Wilmington, DE 19801
VIA FAX ONLY 302 573-6472

Dear Sir:

My apologies for the format as I am out of my office and am aware of the urgency of this case.
Therefore, an e-mail letter via fax.

I am the Pediatrician for the two Tigani children since birth. Knowing both parents, their families,
friends and aware of their community presence, I am pleased to give unquestionable merits to both as
devoted, attentive and appropriate parents.

Obviously, Mr. Tigani is the focal issue. With forty one years of practice experience, I have no doubt of
his positive paternal role. His presence at office visits is consistent as is his capability of medical
management during times of illness.

Honoring the need to be brief, knowing of the importance of father-son bonding, if the Court is able to
create an alternative to incarceration for Mr. Tigani, that would be a blessing.

I am available at 610-388-0550 for any further discussion.

Sincerely.

Howard Z. Borin, M.D. F.A.A.P.

Howard Z. Borin, M.D.

Nemours Pediatrics

910 Foulk Rd. Suite 101

Wilmington, DE 19803

302 655-3242

Fax 302 655-5392

1

# EXHIBIT 6

September 27th, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801-3570


Dear Judge Sleet,

We are writing to you on behalf of Christopher Tigani. Our relationship with Chris began about two and
a half years ago when we met through mutual friends. His children and our daughter are close in age
and immediately became friends and continue to play together on a regular basis. One of the first traits
that impressed us about him was what an excellent father he is to his two boys. He is a loving person, a
better then good provider, and a tough disciplinarian when necessary. His sons very much look up to
him and need him in their lives. Amongst other things, he is their coach in football and their hero.
There have been many times that Chris has not joined us for family friendly social gatherings because his
boys wanted to have him to themselves to stay home and play video games or listen to music or hang
out with their new pet!  He has mentioned to us many times how he wished he could spend more time
teaching and mentoring many children. Our seven year old refers to him as "Mr. Tigani, my favorite
grown up friend".

Another quality that Chris has is his generosity. On many occasions we have gotten together for meals
with friends and Chris has either provided the food and/or the cooking for everyone.

 He is an upbeat and positive person to be around and that influence wears off on those around him.  As
real estate agents he has also given us several referrals in the past couple years and motivates us with
positive energy during challenging times.

The likelihood of Chris committing another crime in our humble opinion is zero.  He has owned up to
what he has done and accepts that responsibility. Besides his family, his focus is on building another
business, hiring employees and contributing to the overall good of this community. Our community, in
no way will benefit from Chris being incarcerated and we ask for leniency in this regard. Incarceration
will definitely not help his children by any means.  He is such a positive influence in their lives and for
him to be sent away will only be detrimental to his children and so many others.

Please feel free to contact either of us if you would like additional information or have any questions.

Our contact numbers are 302-593-8992 or 610-742-0457.


Regards,

Kevin & Linda Odle

# EXHIBIT 7

**Dunkley Discount Movers**
332 New Castle Avenue
Wilmington, De 19801
(302) 444-7931

To:    Whom it may concern

Date:   September 15th, 2011
Re:    Christopher Tigani

To whom it may concern;

I want to express my deep respect for Mr. Christopher Tigani.  I own and operate a moving and packing company that does an extensive quantity of work in the New Castle County area.  I am an employer who believes that today's inmates are tomorrow's neighbors.  Giving these individuals a helping hand in reentering society by providing employment is an important step for them and creates a better and safer environment for the community.  Mr. Tigani shares the views that one strike does not count you out and willingly hired my company to provide moving and packing services.  He was quite receptive to the idea that these men need our help in becoming successful citizens.

During the time I and my men were working on his premises Mr. Tigani treated every single individual with the utmost respect and courtesy.  This was an extensive project that lasted for eight (8) separate moving dates, thus there was quite a bit of contact between my crew and Mr. Tigani.  He was quite willing to show them things he had attained that they had never seen before.  This gave them the idea that they could work and achieve a high level of success.  Mr. Tigani was a very positive role model for them and they spoke very highly of him for a long time after their encounter.

Mr. Tigani went above and beyond any expectations one can have of an employer, even a temporary employer.  He donated clothing and toys to the men and their families, knowing they were in need.  I want to express my gratitude in his allowing my company to provide moving and packing services, but more than that I want to share the gratitude of my men and their families to a man that seems to care about his neighbors.

Sincerely,

Spencer Dunkley

# EXHIBIT 8



**ST. MICHAEL'S**
**SCHOOL AND NURSERY, INC.**

700 N. Walnut Street
Wilmington, Delaware 19801-3800
Tel: (302) 656-3389
www.stmichaelsde.org

Helen C. Riley
*Executive Director*

October 25, 2011

The Hon. Gregory M. Sleet
US District Court, 844 King Street,
Lock Box 19, Wilmington, DE 19801

Dear Judge Sleet:

In 2007, the president of the Board of Directors of St. Michael's brought Chris Tigani for a tour of our school with the hope that we could cultivate a new friend. As we walked around visiting classrooms, Mr. Tigani showed great interest in our work and asked numerous questions about how the school operates. He was impressed with the quality of the education being provided to children in our neighborhood, children who really need it, but rarely get it.

Several times Mr. Tigani noted some of the opportunities that his young children have compared with the circumstances of urban children living in poverty. He was particularly interested in children's need to master technology as an important 21st century skill. When he saw children in several classrooms using a variety of old equipment, he asked what sources we had for computers because we were using machines he considered ancient. I answered that many of our computers came from Gander Hill where the prisoners refurbished very old machines and St. Michael's could get them for free or very little money. Mr. Tigani was surprised and disheartened that these children didn't have access to great equipment.

It was clear to me that he was very touched by the disparity between the advantages enjoyed by his own children and their peers, versus the circumstances of the children growing up in the St. Michael's eastside neighborhood. That inequity truly bothered him and he restated it several times during his visit. I explained to him that more than half of our children live in households with no home computer and therefore, school is the only access they get to technology at an early.



*Founded 1890*

At the end of the tour and before he left, Chris Tigani promised that he would help St. Michael's children in some way.  Within weeks, his help came in the form of all of the equipment needed to set up a state of the art technology center.  We now have iMacs that allow our children to work simultaneously with their teacher on computer skills.  In addition to the Macs, we received printers, a service contract and an IT specialist to install and maintain our equipment.

This single gesture of kindness, fairness and generosity lifted the level of our tech program out of the dark ages and into the 21st century.  His visit was an amazing blessing for our children.  To his further credit, Mr. Tigani made this gift anonymously and though we offered to give him public recognition, he modestly declined.

Over the past four years Mr. Tigani has continued to support our school and the children of our neighborhood.  One of the nicest demonstrations of caring by a single individual that our school has experienced was his immediate and generous response to the social and economic inequity he saw.  Today, Chris Tigani remains among the good-hearted people St. Michael's calls friends.

I am available to provide further information or answer questions.  You may contact me at St. Michael's School at 302-656-3389.

Respectfully,

Helen C. Riley
Executive Director

# EXHIBIT 9

Dear Judge Sleet,

My name is Daniel Larnick and I am writing on behalf of Christopher Tigani whom I have personally associated with for over 10 years after meeting through mutual friends.

My perception of Chris is that he is a truly caring and nurturing person. This is evident through his heavy involvement as a sports coach for the YMCA. Chris is a major influence in helping reshape the lives of many children on his team. These children are looking for someone to emulate as a role model and Chris easily fulfills that responsibility.

Furthermore, Chris and I belong to the same neighborhood pool so I am able to observe how he interacts socially. What I notice is how interested he is in others and as well as his eagerness to lend a helping hand without prompting. The children at the pool are always looking forward to seeing him as he always includes them to participate in activities that he is engaging in with his own children. His inclusiveness goes beyond just activities with the kids as he is always making sure that others are feeling welcome whenever he is present. In addition, I have witnessed Chris' interest and commitment to helping those less fortunate through his willingness to donate his time and money in support of various non-profit organizations during extremely hard financial times.

I know that Chris is well-aware of his faults and bad decisions. His position granted him a great deal of responsibility at a younger age through which he exercised poor judgment in many instances. He has expressed full responsibility and has taken ownership for his actions. His public humiliation has been life-changing and I ask that you would consider that this to be sufficient punishment. Chris is not a threat to the general public and incarceration, in my opinion, would not benefit anyone. If the sentence would include probation and volunteer service I think the taxpayers and public would be better served.

In my past professional experience, I was a program director and sports coach at The Ferris School for Boys then moving into social work investigating child abuse for the Department of Family and Youth Services and finally employed by MBNA with my current position as a Senior Analyst for Bank of America.

If you would need additional information, please see my contact information listed below:
Daniel Larnick
5901 Kennett Pike
Centreville, DE 19807
302-562-4531

Thank you for your time and consideration,

Daniel Larnick

# EXHIBIT 10

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE. 19801-3570

Dear Judge Sleet,

I write to you today to respectfully request your consideration for leniency for Christopher J. Tigani.

Chris and I first became acquainted 14 years ago through an annual event which is the largest fundraiser for my employer.  He was a generous sponsor and donated beverages annually to help support the non-profit .

My experience with Chris both professionally and personally has not changed.  He would give you the shirt off his back.  He is always positive.  He is always helpful.

Chris is also very intelligent and talented.  When he was unfortunately faced with the need to litigate against his father and former company (NKS) in court, I was amazed at his ability to research, learn and present his own case.  I have never seen someone work so hard with such intestinal fortitude.   When I would visit him, he would show me all of his work:  well organized stacks of paper and a clear and concise approach to complex issues.

I have also observed that Chris is a very dedicated and involved parent.  His two young boys go to school with my daughter, and Chris is always at special events supporting and encouraging Christopher Jr. and John Louis. He also belongs to a local community pool which my family is a member of, and we see him there frequently with his sons, spending quality time with them and bragging about all of their growth and accomplishments. Chris is a doting and dedicated father; he takes his boys on trips, coaches their sports teams, and revolves his schedule around them.

Chris is a genuine and well intentioned person.  He has always done for others, sometimes so much so that it has cost him.  He has and continues to be, as my father used to say, "a productive member of society."  He has started his own business and continues to honor his commitments in the face of very challenging circumstances.

I respectfully ask your consideration for leniency for Chris so he can continue to be a good father to his two boys during their formative years, and to help provide for them financially.  Having lost my father through tragedy, I feel one's greatest contribution to society is the ability to raise happy, healthy children.

Sincerely,

Jill S. Abbott
302.218.7529

# EXHIBIT 11

**BRIAN DISABATINO**

October 3, 2011

The Honorable Gregory M. Sleet
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801-3570

Dear Judge Sleet,

My name is Brian DiSabatino. I am 46 years old and a native of
the area. I have known Chris Tigani for nearly 10 years and
consider him a friend. In addition to our friendship, I have known
Chris as a customer. Therefore, I have been able to observer
Chris as a business man, a community member, as a father and
as a friend.

My simple request, Judge Sleet, is that you consider some form
of probation for Mr. Tigani, in lieu of incarceration. I am
assuming that two key questions that you may have when
considering such a request are the probability that the crime will
be committed again and the value of the punishment.

First, I seriously doubt that there is any probability that this crime
will be repeated. For the past two years, I have seen a
significant amount of maturity develop in Chris. His actions have
shown me that he has grown keenly aware of the impact of his
misdeeds and Chris has spent a significant amount of time
addressing his personal issues in a very direct fashion. He has
made me, and others that I know, aware that he realizes that he
displayed poor judgment. As part of this public apology, he has
also sought support from those close to him as a way to change
the direction of his life. In my years of experience with people in
this community, I have seen "lip service". I do not feel that Chris
is giving his situation "lip service", but remains sincere and
committed.

Secondly, I think it would be a mistake to remove Chris as a
productive member of our society and as a highly competent
father. Chris has always been a contributor to the community. In

my capacity as Chairman of the St. Francis Hospital Foundation, Chris repeatedly supported our mission to help those in need of free health care. It was common to attend events at Chris's home for other such events as he understands that be being blessed with talents, he can use his position for the benefit of those less fortunate.

Chris is a rare breed of "doers" in our community and it would be unfortunate to lose him for even a short period of time. But more importantly, his contribution as a father is significant. Chris takes his role as a father seriously, another rare trait these days. Although divorced, he is in constant contact and has risen above his marital status to ensure that his children have a bright future, filled with fatherhood. I am sure that there are other family members who can demonstrate his commitment better than I, but as a friend and casual observer, his commitment to his children is obvious. Therefore I am not sure incarceration will benefit our community and definitely not his children.

In closing, I am hoping that you can find a way to deter this type of crime and contribute to Chris' rehabilitation in a way that allows him to remain a productive member of society and connected as a father.

Sincerely,

Brian DiSabatino
103 Brookmeadow Road
Greenville, Delaware 19807
302-383-4402

# EXHIBIT 12

1911 Julian Road
Wilmington, DE 19803

October 26, 2011

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE  19801-3570

Dear Judge Sleet:

I am writing this character reference letter on behalf of Christopher Tigani.

Chris and I met 5 years ago when I coached soccer for the YMCA.  Both Chris' son (Chris)
and my grandson played on this team.  At another time, I coached Chris' younger son (John-
Louis) and my granddaughter on a Y soccer team. This year I have had the pleasure of
serving as an assistant to head coach Chris Tigani on a YMCA Flag Football team.

In addition, both of Chris' children attend Tatnall School along with my grandchildren.
I have become associated with Chris through various school activities.

Over the years, I have personally witnessed Chris exhibiting qualities of a positive role model.
As a coach, Chris provides inspiration and motivation. He teaches the players to be
respectful and supportive of one another as well as courteous to the members of the
opposing team. He demonstrates perseverance on the field, advocates good sportsmanship,
and encourages the players no matter what the score of the game.  As a coach and mentor,
he champions the importance of doing one's best in school, discipline, and commitment.

In closing, there are many children that benefit from Chris' coaching and guidance.  With the
enormous influence from peers and the media on young people, it's so important to have
adults in their lives that possess the attributes of a positive role model for children to emulate.
Chris is caring and has a genuine interest and the skill to influence and provide leadership to
our youth.  By incarcerating Chris, our community and our youth would lose his unique talents
and abilities.  In the 5 years I have known Chris, he has become very humble and remorseful.
I believe he is truly sorry for his mistakes and fully understands the consequences of his
actions.  He and his family have suffered shame and embarrassment by the media as well as
been ostracized by the community.  In my opinion, Chris has been punished for his crime,
has learned from his mistakes, and is working diligently to move forward.

Please contact me at 302-275-1478 should you wish to discuss this matter.

Sincerely,

Frederick J. Dill

# EXHIBIT 13

September 27, 2011

Dear Judge,

I am writing this letter to share my thoughts regarding Chris Tigani. I have known Chris for almost 2 years. I met him when he was the coach of my son's Flag Football team. From the first practice until the last game, I was highly impressed with his rapport with the players, including his sons who were on the team as well.

In addition to being present at all practices and games, Chris was one of the most encouraging and involved coaches that I have witnessed. My son, in particular, knew very little about the sport and was not a strong player, yet Chris took a special interest in fostering his enthusiasm and building his self confidence. In fact, my son chose to play an additional season because of the positive experience he had on Chris' team.

I would also like to relay an incident in which Chris handled a situation particularly well. Apparently at one of the practices, one teammate made a derogatory comment to another. When Chris learned of this, he made a deliberate effort to communicate with all parents of the team as well as the players to send a clear message that those types of comments/behaviors will not be tolerated. He encouraged and was successful in creating a unified and sportsmanlike atmosphere throughout both seasons.

To be honest, I do not know the specifics of Chris' legal matters, but I do know what I saw. After over 20 years of experience teaching, I can honestly say that Chris has a special gift with all children, including his own. I believe that it would be a disservice to our community, especially his 2 sons, to take away his ability to participate in their daily lives and community activities.

Thank you for your consideration. Please contact me if I can be of further assistance.

Sincerely,

*Lara Munch*

(302) 598-6642

# EXHIBIT 14

From: "lmunch2001@yahoo.com" <lmunch2001@yahoo.com>
Subject: Re: First Scrimmage
Date: September 19, 2010 10:32:36 AM EDT
To: Chris Tigani <ctigani@wcw-inc.com>
Reply-To: "lmunch2001@yahoo.com" <lmunch2001@yahoo.com>

Chris-
I really appreciate the email- and want you to know that I was really happy w/how you were coaching the team, but am even more pleased w/how you are handling this situation. Luke really is having fun!
See you Tuesday,
Lara Munch

Sent from my Verizon Wireless BlackBerry

From: Chris Tigani <ctigani@wcw-inc.com>
Date: Sat, 18 Sep 2010 12:41:12 -0500
To: Katie DeMeo<kburke@amgen.com>; Candice Tigani<ctigani@comcast.net>; Karin Volker<karin.volker@state.de.us>; Mark Hodgson<mark.hodgson@comcast.net>; Carol Laurence<cilaurence@mac.com>; L Munch<lmunch2001@yahoo.com>; Greg DeMeo<gdemeo@comcast.net>; Kevin Brinker<KEVIN.E.BRINKER@USA.dupont.com>; Cindy Wilkinson<cpw35@hotmail.com>; GMunch<gmunch@bossenterprises.net>
Subject: First Scrimmage

Cowboys Parents,

      At the outset, please let me apologize for the conduct of some players at the end of the scrimmage. I heard from one parent and fully agree with them. What was said to other players on the team was completely inappropriate and it will not be tolerated at all. The four players involved will be apologizing to the team at the next practice. I was trying to figure out where the players fit best but it was a bad decision on my part. I am really sorry if it caused any problems. All the kids are great and I really enjoy coaching them.

      Going forward, to eliminate the "1st team" and "2nd team" mentality, there will only be one offense and defense with substitutions. Those of you who were on the team last year know what I am talking about. This way everyone feels a part of the team which is the most important thing. All kids will play offense and defense and will play in every game.

      Lastly, I realize that some boys didn't have a jersey. I expected more Cowboys jerseys to be delivered (from the actual Cowboys team) but they did not make it. Please let me know who DOES NOT have a jersey and what size they are so that we can fix that Monday. All kids will have a jersey at Tuesday's practice.

      Again, I am sorry for any issues that my coaching may have caused and Coach Eric and I are committed to having a fun season with happy kids along the way. Please feel free to reach out to me at anytime with any questions or concerns you may have. See you all on Tuesday at 5:30.

Kind Regards,

Christopher J. Tigani
mobile - 302.540.2867
ctigani@wcw-inc.com

# EXHIBIT 15

September 26, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE. 19801-3570

Dear Judge Sleet,

Thank you for your time and consideration in reviewing this letter supporting the character of Chris
Tigani. I have known Chris on a personal level for about 3 years and consider him a friend.

My friendship with Chris is built on our mutual affection for our kids (they attend the same school),
their interests, and our community. He is a caring parent and engaged father who spends quality time
with his sons. After getting to know him better over the last of couple years I was pleased to find out that
Chris would be the volunteer coach of our son's flag football team through the Central YMCA program
last year. He generously gave his time to teach 8 year old boys the game of football. Throughout that
experience both my husband and I, as well as our son, got to know "Coach Chris" on another level and
we were very impressed with his positive attitude and interaction with the team. He really cares about
teaching young kids what is important; respect for one another, leadership, and following the rules of the
game. We enjoyed our experience so much that we requested our son to be assigned to Chris' team
again this fall. He was so excited to find out that he would have Coach Chris again as were we.

Over the last few years we have seen Chris at local fundraisers supporting a variety of causes. He is
quick to support the community and any cause that his friends may be hosting an event for. I have no
doubt that if I needed him or his assistance that he would be there for me and my family in any way that
he could. I trust him with my most valued passion, our son, and he has proved a wonderful example.
Chris values family and friends and wants to set the best example he can for his sons and we respect him
for that.

Chris is a good person. He has always been kind and generous with others and is active in the
community. Chris also possesses a great deal of integrity, and constantly strives to make sure he is
doing the right thing. In my opinion nothing positive would be gained by incarceration as Chris has lost
much in possessions and pride but has learned more about humility, family and honesty throughout this
process.

I beg the court's leniency when sentencing him because I see that he is remorseful. He has a family of
two young boys that need their father in their lives to teach them about character, respect, and humility;
of which Chris has much to impart on them and others as he continues to be so generous of his time no
matter the circumstance.

With utmost respect,

Kristin C. Hodgson
Wilmington, Delaware
302-425-4489

# EXHIBIT 16

September 27, 2011

The Honorable Gregory M. Sleet, Chief Judge
 U.S. District Court, District of Delaware
 844 North King Street
 Wilmington, DE. 19801-3570

Dear Judge Sleet,

I am writing to you today with regard to Chris Tigani. I met Chris through a mutual friend about 2 years ago at a social function. As we engaged in conversation, we began discussing our families. Before long, the conversation had reached a point where I told Chris that my son was on a wrestling team. I explained to Chris that fund raisers were being organized to raise some funds so the wrestling team could get some much needed singlet's. Without me asking, Chris offered to donate money to assist the wrestling team.

Through Chris' donation to my son's wrestling team, he gave back to the community in ways that far reached our expectations. He offered not only monetary, but also offered his own personal time. He was willing to do anything he could to help the kids.

Personally, I find it disheartening and counter productive that someone of Chris stature would be considered for incarceration. I am pleading with the court that Chris receives probation rather than incarceration so he can continue with his efforts of giving back to the community.

Sincerely,

Robert A. Morgan
302-229-8325

# EXHIBIT 17

**Michele Gillen**
**112 East Cedarwood Drive**
**Middletown, Delaware 19709**
**(302) 545-3874**



The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, Delaware 19801-3750

August 19, 2011

Dear Judge Sleet:

I am writing on behalf of Christopher Tigani. I met Chris over a decade ago when my husband and I first opened our liquor store. My husband and I both believe he was instrumental to the success of our business, because he taught him to understand the intricacies associated with this industry.

Over the years, Chris has become more than a business associate; he has become a valued family friend. He is the type of person who is always there to help others, because he simply enjoys doing so. He was the first one to "step up" when I was establishing a reading program for my special education students. He knows how important my students are to me and more notably how crucial reading is to their futures. As rewards for my students' efforts, he personally came to my classroom to celebrate their success. He honored them with sincere praise; he donated Eagles tickets for the top reader; and he gave each student a copy of his favorite book and a bookstore gift card. His kindness is what has always endeared him to me, because I know of few people who genuinely want to make life better for others.

Chris is a wonderful father. It has always been important to him to build strong bonds with his sons, because they are the light of his life. He strives to make their happiness and well being come first, and he loves to do the little things such as: coaching their little league teams, having "boys' nights", and framing all of their art work.

As admirable of a person Chris is, he is not infallible. I understand that he has made some mistakes; however, he has learned from them and wants to make amends. I do not believe that incarceration would be in society's best interest, and I am a proponent of probation or leniency if possible. Chris has taken responsibility for his actions, and it would be unlikely for him to repeat them. He has his sights set on raising his sons, reestablishing his career, and building a promising future.

I appreciate your time, and hope I have been able convey that Chris Tigani is much more than the sum of his mistakes. He is an extraordinary person, father, and advocate, and I am proud to call him my friend.

Sincerely,

Michele Gillen

# EXHIBIT 18

September 28, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE. 19801-3570

Dear Judge Sleet,

I have had the opportunity to get to know Chris Tigani through my tenure with the Dallas Cowboys Football Club. I was the Executive Assistant to the General Manager for 15 years from 1994 through 2009. During that time, I upon numerous occasions had interactions with Chris.

Chris has over the years donated numerous sets of tickets to the organizations charity fund. We the use those tickets for disadvantaged children and cultural events to assist in the community of the Dallas Fort Worth metroplex. I always knew that If I needed assistance with a ticket donation, I could contact Chris and he would always assist. He has made many children, who would have not otherwise been able to have the experience, have the experience of a lifetime that they will never forget.

Chris is a kind, caring individual who I consider a good friend. I thank him for all of the kind things he has done for everyone, including those he has never met. I believe that he is a valuable asset to the community and society and therefore should be granted leniency.

Sincerely,

Stephanie Downes
521 Surry Circle
Irving, TX 75061
214.288.0095

# EXHIBIT 19

# BERGER|HARRIS

JOHN G. HARRIS, ESQUIRE
E-mail: jharris@bergerharris.com

September 30, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE. 19801-3570

     **RE:   Christopher J. Tigani – Sentencing**

Dear Chief Judge Sleet:

     I write on behalf of my friend and former client, Christopher J. Tigani, in connection with his upcoming sentencing. I have been a practicing member of the Delaware Bar for more than ten years and have had the privilege of practicing before Your Honor on several occasions.

     I have known Chris very well for over ten years; first as friend and later as a client. Our families have socialized and vacationed together many times and I cherish those occasions as some of my fondest memories. Over the years, I have come to know Chris to be an industrious, hardworking, charitable, family man who is civic-minded. Indeed, in the many years I have known him, Chris consistently exhibited a strong sense of charity and generosity for friends, family and strangers in need. In particular, while Chris was still affiliated with NKS Distributors, his family's business, Chris made sure that NKS contributed both financial and human resources to a wide spectrum of charitable and community causes. And in this respect, Chris did more than just open up NKS's checkbook; rather, when it came to NKS's commitment to community and charity, Chris led by example, as he was always especially giving of his personal time, considerable energy and good nature. While the instances of Chris's charity and civic involvement are too numerous to mention here, several noteworthy examples come to mind: Chris anonymously donated substantial funds to establish a computer lab for St. Michael's Children's School; for several years he chaired the annual fundraiser for the Delaware Chapter of the Boy Scouts; and he has served as a volunteer coach for the Central YMCA for the past five years.

▶ 1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
*phone:* 302|655|1140
*fax:* 302|655|1131
*web:* www.bergerharris.com

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
September 30, 2011
Page 2 of 3

I am generally aware of the events leading up to Chris's guilty plea. These tragic mistakes, as I understand them, were not borne out of greed or malice. I have no doubt that Chris is deeply remorseful for his actions—for which he has already suffered dearly. He has been the focus of constant—and dare I say, slanted—media attention over the past 12 months, causing serious—if not irreparable—damage to his reputation and family name. Chris and his family, I fear, will wear a scarlet letter for years to come. For Chris, the shame he has brought on himself and family represents a grave punishment in itself.

I also know that Chris is truly despondent over what he has put his family through, particularly his two young sons, Christopher and John, whom he loves dearly. As a longtime family friend, I have observed first-hand on countless occasions how instrumental Chris is in the daily lives of his boys. It is painful for me to imagine Chris being removed from their lives during their most impressionable years. Chris's children are blameless and undeserving of the pain and ridicule they have already suffered, and there can be no doubt that they will suffer even greater hardship if their father is incarcerated for any length of time.

Chris also has much to offer the local business community. His new venture, I understand, is blossoming and now employs at least four people who each depend on Chris for their livelihood. To say the least, Chris is an integral part of the business and his absence from that enterprise would surely have a dramatic—if not fatal—impact on the business and its employees.

In my more recent interactions with Chris (the last of which occurred just two weeks ago), I was particularly struck by Chris's sense of humility, reflection, level-headedness and commitment to taking personal responsibility for his grievous errors in judgment. I am supremely confident that Chris has learned tough life lessons from his failings and the ordeal he has endured in recent years. For this reason, I am equally confident that Chris will not repeat his prior mistakes and will be a model citizen for the rest of his days.

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
September 30, 2011
Page **3** of **3**


In light of the above, in the interests of justice, I respectfully urge the Court to show leniency in determining the appropriate sentence for Chris's admitted crimes. In the meantime, I am available at the Court's convenience should Your Honor wish to discuss this matter with me in more detail.

Respectfully submitted,

John G. Harris

cc:   Mr. Christopher J. Tigani

# EXHIBIT 20

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801


Dear Judge Sleet,

As a friend of Chris Tigani's, I wanted to write a letter to allow the Court to understand the character and human side of Chris Tigani. When I think of Chris, I think of someone who love's his kids, someone who picked me up when my car broke down 2 weeks ago, and someone who just wants everyone in his life to be happy.

I do not believe anyone will benefit from Chris being incarcerated, but I do see that 2 young boys (his sons) will be punished equally as much as Chris Tigani. Chris has been beaten down and humbled throughout this experience and I know the likelihood of Chris committing any future crime is next to zero.

Please feel free to contact me at anytime at 302-373-8600


Sincerely,

Arnie Dunn

# EXHIBIT 21

September 27, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE. 19801-3570

Dear Judge Sleet,

It is with pleasure that I provide a letter on behalf of Chris Tigani.

Chris and I have been friends for 25 years since we were 10th grade classmates at Wilmington Friends School. His dynamic personality made us fast friends. I'm fortunate to have remained friends with Chris through the decades and can attest to his consistency of character.

I think Chris's character can be best described in three words: caring, generous and optimistic.

He's one of the most caring people I've ever known. Chris would help anyone and is eager to make sure those around him are happy.

Chris is generous almost to a fault. Always eager to please everyone else, he rarely puts himself first.

He has a contagious level of optimism. Anything that Chris is faced with, he approaches with a smile and a positive attitude. In everything he does, he gives 100% effort.

Finally, and most importantly, Chris is a wonderful and dedicated father to Christopher and John Louis. His kids have his undivided attention when they are with him. He is a great dad who sincerely enjoys time spent with his kids. It would be a tremendous disservice to his kids if they were unable to spend time with their dad. My son and all of our friend's kids love Chris. He is generous in his time and attention to play with them, whether it's showing them how to do something new, playing football, swimming or being poolside DJ and swim team coordinator.

I would be happy to speak with you in greater detail if you would like. I may be reached either on my cell at 302-383-2011 or in my office at 302-434-8702.

Respectfully,

Amy Colbourn

102 Senatorial Drive, Wilmington, DE 10807
acolbourn@stargroup1.com

# EXHIBIT 22

Lawrence P. Gillen
112 East Cedarwood Drive
Middletown, Delaware 19709
(302) 740-9493

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, Delaware 19801-3750

August 19, 2011

Dear Judge Sleet:

I am writing in regards to Christopher Tigani, a man I have had the honor to know in a professional and later personal capacity for over twelve years. I first met Chris when I was opening my store in 1998.  I was new to the liquor business, which other distributors knew and were taking unfair of advantage of. Chris quickly discerned this, and wholeheartedly disapproved. He took it upon himself to personally "show me the ropes" of this industry, and his knowledge and insight proved to be invaluable. His willingness to assist me then, is one the biggest reasons I have been able to build a successful business today.

Over the years, our friendship has grown and I have had to opportunity to know Chris as a person who sincerely cares about others. He is a devoted father, loyal friend, and community advocate. He cherishes the relationships he has nurtured with his sons, is never too busy to lend a friend a helping hand, and has diligently supported local charities and hospitals. He is the type of person who is "only a phone call away" in both times of joy and times of need.

It is disheartening for Chris to find himself in the position he is in, because he really is an exceptional person. I understand that he has made mistakes, but to his credit, he is remorseful and has learned some valuable lessons as well. I do not believe that society's interests would be best served by Chris's incarceration; I would instead like to propose leniency. Chris is an intelligent man who has taken responsibility for his mistakes, and it is unlikely for him to behave in this manner in the foreseeable future. He now recognizes what truly is important in life: raising his sons, rebuilding his life, and securing a viable future.

I would like to thank you for your time and hopefully encourage benevolence in this matter.  Chris may not be perfect, but in all honesty, no one truly is. I believe in Chris, and for that reason, I will always stand by him.

Sincerely,

Lawrence P. Gillen

# EXHIBIT 23

September 15, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District Of Delaware
844 North King Street
Wilmington, Delaware 19801

Dear Judge Sleet,

With regards to Chris Tigani, I was blessed to have met him five years ago. I met Chris during the initial stage of entrepreneurship when my partner and I started a new car service business. It was in the very beginning of our relationship when I noticed how kind he was. He took me under his wing and inspired me to take that leap of faith in my new company and gave me his support.

With Chris's business and support a whole new world of opportunity opened up for my family and I. His faith in us allowed me to continue and grow during a time of great economic struggle. Chris never stopped believing in me. He helped me gain more clients by introducing my business to his friends and family. That alone helped me grow substantially. He taught me a lot about business and life. I looked to him as a mentor and a friend.

Chris is a man that honors friendship and family. One of the many reasons why I admire him is due to our shared commitment to family. Chris is a loving father, who's extremely dedicated to the care of his sons and his mother. His boys are most important to him, and he is to them. Their relationship is amazing. No matter what's going on in the world he always has them on his mind, and their best interest at heart. He has invited my family over to his home for dinner numerous times, cooked for us, and treats us like family.

Watching Chris through the years, I discovered how many people depend on his leadership and support. He is a pillar of strength, not just for his immediate family, but his extended family and community. A man with such a good heart and good intentions is needed by so many people. I am blessed to call him a friend. I respectfully ask for leniency in his punishment.

Thanks for your time and consideration.  If there is anything I can do please call; 267-254-4185.

Sincerely,

Corey Gordon

# EXHIBIT 24

Gene Paulino
708 Parkman Drive
Bear, DE 19701

Sept. 26, 2011

To: The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilm., DE 19801-3570
Re: Mr. Chris Tigani

Dear Judge Sleet:

I am writing in regard to dear friend Mr. Chris Tigani. I have had the extreme pleasure of knowing Mr., Tigani for quite some time. Throughout the duration of our friendship I have come to know Mr. Tigani as a loving father, a generous humanitarian and an astute businessman who uses his resources for those in need.

On a personal level, Mr. Tigani has been very instrumental in the resurrection of my small business which supports several families. After I fell under unfavorable circumstances, Mr. Tigani stepped in and offered a variety of support concerning both my business and personal life. He has taken a sincere interest in the well being of my family and myself. He always seems to be there, for us, when we are in need.

Additionally, I can attest that Mr. Tigani is very active in charitable work for which he chooses to remain anonymous.

It's incomprehensible to think that anyone could benefit from the incarceration of such a generous man with the sincerest interest in the welfare of others. Please consider this correspondence as a request to grant Mr. Chris Tigani leniency to the fullest extent. Please feel free to contact me, relevant to this issue, at (302)293-0291 or (302)668-5616.

Sincerely,

Gene Paulino

# EXHIBIT 25

Andrew N. Eckman
4456 Thunder Rd.
Dallas, TX 75244
(214) 280-8214
October 5, 2011

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801-3570

Dear Judge Sleet:

I am submitting this letter for your consideration regarding the matter of State of
Delaware vs. Christopher J. Tigani, and the hearing pending before the Court.

I have known Mr. Tigani as a business reference, business consultant and personal friend
for three years. During this time I have witnessed resilient character and a sense of
optimism in the face of adversity.

Mr. Tigani has persevered through various struggles including a family lawsuit and
financial distress. Even when the dark clouds of adversity hovered around Mr. Tigani he
continued to help others around him. He has proven that he will do anything for his two
boys and their peers though his mentoring and coaching.

On a personal level Mr. Tigani has helped me with many business decisions,
partnerships, and general legal advice when questions or problems arose. I respect his
opinions and they weigh heavily on the success of my business.

In my opinion I do not feel that Christopher Tigani is likely to commit another crime. I
believe that he has learned from his mistakes in the past and will continue to be a positive
influence on his community. I am asking the court to forgo incarceration and let Mr.
Tigani repay his civic duties through probation and work throughout the community.

Mr. Tigani will continue to be an asset to the community, his business partners and most
of all his family. Please consider my character reference in the matter regarding
Christoper J. Tigani pending before the Court.

Sincerely,

Andrew N. Eckman
(214) 280-8214

# EXHIBIT 26

Paul G. DiConsiglio
20 Staten Drive
Stuyvesant Hills
Hockessin, Delaware 19707
Phone (302) 239-4249
Cell (302) 438-7975
Paul@wcw-inc.com

October 29, 2011

The Honorable Gregory M. Sleet
U.S. District Court of Delaware
844 North King Street
Wilmington, Delaware 19801

Dear Judge Sleet,

I write to you today in support of my long time friend and employer Chris Tigani. In this letter, I hope to convey to you what a fine and charitable man Chris has been to myself, my family, and to the community. Moreover and perhaps selfishly, I hope I can effectively communicate how detrimental any incarceration of Chris will be to the ongoing and future success of World Class Wholesale, which I am an employee of.

Chris and I have know each other for 10 years. For many years I was a Sales Rep for Ralph Lauren in New York and Chris was at first a client and more importantly became a friend of mine.

In my travels everyday, I run in to countless people who know and have had the pleasure of working for or with Chris. To a person, they say please wish him well and that they are praying for him every day. One store owner's wife, Michelle Gillen, told me how she asked Chris to come and speak to special needs students at Middletown High School. He talked to them about making something of themselves despite what kind of background they may have come from. She told me how captivated the kids were by what he was saying. He came back for several more times to talk to the kids and encourage them to read and excel. He genuinely cares for children and is a positive role model for them. And that is just one example. I could quote you chapter and verse of so many others that have told me that "Chris did this for us when my wife was pregnant" or "Chris did that for us when I had a problem at home." If Chris was not born into our business, he could have been an amazing social worker. He genuinely makes a difference in peoples lives. This is why it very easy for me to move my family here from New York four years ago. Despite my family struggling deeply with Chris throughout this process, I wouldn't change anything. My wife and I feel we can make a good life with our new business and take pride that we are with Chris.

That said, Judge Sleet, I must now selfishly tell you that if Chris is sent to prison, the business will most likely will not survive. WCW is Chris Tigani. The store owners are doing business with us because of Chris and for what he has done for them for the last 20 plus years. If Chris is taken away from us, the State of Delaware will have 3 or 4 more people who will be added to the long list of the unemployed and for me and my family that would be devastating.

In no way do I presume to understand the difficulty of the decisions you have to make every day, Your Honor, but I humbly ask, if society wouldn't be better served if Chris was given extensive community service. I feel everyone would benefit if he contributed his talents making a difference for the youth, poor, and hungry in our state. I do volunteer work for the Sunday breakfast mission in Wilmington and I know they would love to have a man like Chris Tigani doing community service for them. He could make a real difference in the life of people who have just thrown in the towel and need shining light to get them back in life. Chris could be that light for so many.

Your Honor, it is with respect for you and your office that I ask you to please consider leniency for Chris Tigani. I know he is deeply remorseful for his actions. I beg you to consider myself, the other employees at WCW, and the many in our state who could greatly benefit from Chris serving our community rather then be sentenced to time in prison.

Sincerely,

Paul G. DiConsiglio
20 Staten Drive
Hockessin, DE 19707
302-239-4229

# EXHIBIT 27

The Honorable Gregory M. Sleet, Chief Judge                          September 30, 2011
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE  19801-3570

Dear Judge Street,

I am writing in reference to Christopher Tigani and his upcoming sentencing. I have known Chris for over 20 years as both a co-worker and friend. He has always shown compassion towards others, be they family, friends or complete strangers. His integrity and honesty has always shown through regardless of the situation.

In our work relationship, Chris has always been willing to listen and put forth his opinions in a constructive manner. He is consistently upbeat and positive and keeps people motivated. At the same time, Chris always stresses to do the "right" thing.

Chris has always exemplified what a true family man should be. I have observed his caring and concern for all his family members. He is extremely devoted to his two sons, always putting their needs ahead of any others, including his own, be it personal or business. Throughout the entire ordeal of lawsuits with his father, dismissal from his job and criminal proceedings, Chris never spoke ill of any individual involved. I believe, knowing him intimately since he was a teenager, that he was sincere and never malicious.

Chris and I have shared many life changing moments together. From his departure off to college, to his wedding, the birth of his children, the passing of his grandfather whom he worshiped and on and on. We traveled together frequently and in fact were stranded together on a business trip for five days after the tragedy of September 11 cancelled our return flight home.  We are as close two co-workers and friends could be.

It is with all this in mind that I write to plead for leniency in Chris' sentencing. He has expressed a great deal of remorse to me and I know he is truly a changed person. I believe that society will not be served well with his incarceration but more with his continued service to his new business, of which all the employees, myself included, are reliant on. Without his presence, I believe the business will collapse and we will all be without jobs. More importantly, is his relationship with his children and the negative consequences that will surely arise from his possible incarceration.

I hope you will take these things into consideration in your deliberations. Thank you.

Sincerely,

Kent Methven
5411 Turkey Point Road
North East, Maryland 21901

EXHIBIT 28

February 8, 2012

The Honorable Gregory M. Sleet, Chief Judge
U.S. District Court, District of Delaware
844 North King St.
Wilmington, DE 19801-3570

Dear Judge Sleet,

I couldn't have imagined 41 years ago that someday I would have to write a letter such as this. As I look back at those years, I realize that it has been a life time of the good, the bad and the ugly. Each person's life is filled with both good and bad memories and unfortunately for a few, the ugly memories may have the most lasting impact on their lives. While Chris could not control the choices his parents made, he was forever affected. And yet, despite the fact that Chris experienced all of these life memories, he was and continues to be a very loving, generous, and well liked individual.

Sadly, for a period of approximately 4 years the Chris that was my son, who was admired by many and thought of as "superman" by his employees, was transformed, for reasons unknown, into an unrecognizable person, by those who knew him best. How sad it was, for a father and son, to have their private disagreements published on the front pages of the daily newspaper. But after every storm, as we know the sun will shine and that day came, when the Chris of old reappeared and was able to compromise with me to settle our differences, for the good of our family, for which I am forever grateful.

Who is Chris today? He is first and foremost a loving father of his two boys. He is serving the community well by actively involving himself in community programs such as coaching youth football at the YMCA. And last but not least, he is a businessman, having started World Class Wholesale, which is his new distributorship, and which had a successful first year. Knowing first hand the passion and enthusiasm that Chris has for the wholesale alcoholic beverage distribution business in Delaware, I have no doubt that he will be successful. His passion for life and for those he loves and cares for will enable him also to be successful in rebuilding his life and the lives of others who look to him for support.

Judge Sleet, I want to emphasize that the two individuals that need Chris the most at this time in their lives are his two young sons, Christopher and John. For these boys, who are 10 and 8, the only father figure in their lives currently is their father, Chris, with whom they live every weekend and/or several days during the week. While society may be served by Chris' serving a sentence, the long term potential damage to these to very young boys, at one of the most impressionable times of their lives, has the potential to last a life time. As a father and a grandfather, I ask you to please consider the long term impact on these two young children when making your decision. Thank you very much.

Robert Tigani
302-661-2244

# EXHIBIT 29

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3080
DIRECT FAX
(302) 434-3080
EMAIL ADDRESS
ANTHONY.CLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 30, 2011

The Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801-3570

RE:    Christopher J. Tigani

Dear Chief Judge Sleet:

I write to support a request for leniency in the upcoming sentencing of Christopher J. Tigani in connection with the crimes for which he has pleaded guilty.

I have known of Chris for many years through his relationship to his family's business, N.K.S. Distributors, and what had been his excellent reputation in the local business community. But I came to know him on a close personal level starting in March 2009, when he asked me to represent him in connection with a dispute between him and his father, Bob, related to control of NKS. I agreed to do so and have been working with Chris ever since, even when he ran out of funds with which to pay for my firm's services. I tell Your Honor this not to self-aggrandize but, rather, to emphasize the main point I wish to make to the Court, which is the deep affection and respect I have come to have for Chris, and my appreciation for the tremendous suffering he and the Tigani family have had to endure as a result of the tragic mistakes Chris and his father have made and which they are now, through an impending settlement, starting to rectify. It is because of these feelings for Chris and the Tiganis that I have continued to work with him to resolve the family disputes, and that I now write to the Court to plead for leniency.

The Honorable Gregory M. Sleet
September 30, 2011
Page 2

       I can assure Your Honor that Chris is remorseful beyond words for what he has done and the pain and shame he has caused his family, especially his two young sons with whom he shares the greatest love and affection that he so missed from his own father while growing up. Chris's failings that brought him to this point arose not from greed but, rather, hubris and a misguided sense of trying to enhance NKS's prospects and standing in the community for the benefit of the entire Tigani family. Chris has been sorely humbled by, and learned much from, this terrible experience played out so publicly in the local press -- particularly Chris's recognition that he largely brought this all upon himself, his children and his extended family. I have no doubt whatsoever that Chris will never again cross the line of the law or do anything that could even remotely bring disrepute to himself or the Tigani name in the future. Therefore, I believe that society has little, if anything, to gain by incarcerating Chris for his admitted crimes, while his family and, above all, his two little boys -- who already have suffered so much -- have a great deal more to lose. I respectfully submit that compassion and mercy will best serve the interests of justice here.

       I am available at the Court's convenience if Your Honor has any questions or would like to discuss this matter further.

                Respectfully yours,

                Anthony W. Clark

cc:    Mr. Christopher J. Tigani